# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT K. WISHON,**

              **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No.  6:06-cv-870-Orl-19DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

              **Defendant.**

_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came before the Court and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

That the decision of the COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION is hereby REVERSED and this case is REMANDED for further proceedings.

Date:   May 17, 2007

                                      SHERYL L. LOESCH, CLERK

                                      By: s/ *C. Houston*
                                           Deputy Clerk